United States District Court
Southern District of Texas
**ENTERED**
June 16, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BETH JACKLYN HALTER, § | |
| *Plaintiff,* § | |
| § | |
| V. § | CIVIL ACTION NO. 4:22cv1659 |
| § | |
| BEAUTY BASICS, INC. § | |
| *Defendants.* § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated May 25, 2023, (Dkt. 25) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation and Order should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. The court will issue a separate Final Default Judgment.

**SIGNED** at Houston, Texas this _16th_ day of June, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE