United States District Court
Southern District of Texas
**ENTERED**
July 30, 2025
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| BETH JACKLYN HALTER, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:22cv1659 |
| BEAUTY BASICS, INC. *Defendants* | § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated July 9, 2025 (Dkt. 29) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation and Order should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court. The Final Judgment entered on June 16, 2023 (Dkt. 27) is **VACATED** and this case is **RETURNED** to the Court's active docket.

**SIGNED** at Houston, Texas this 30th day of July, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE